# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

COHEN & STEERS INSTITUTIONAL
REALTY SHARES, INC., COHEN & STEERS
REALTY SHARES, INC., COHEN & STEERS
REIT AND PREFERRED INCOME FUND,
INC., COHEN & STEERS TOTAL RETURN
REALTY FUND, INC., DAIWA C&S US REIT
OPEN MOTHER FUND, and DAIWA US REIT
MOTHER FUND (F/K/A DAIWA C&S
BEIKOKU REIT FUND (MAITSUKI BUNPAI
GATA))

Plaintiffs,

v.

AMERICAN REALTY CAPITAL
PROPERTIES, INC., n/k/a VEREIT, INC.,
NICHOLAS S. SCHORSCH, DAVID S. KAY,
BRIAN S. BLOCK, and LISA P. MCALISTER,

Defendants.



Civil Action No.: 1:18-cv-06770-AKH

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on July 27, 2018, Plaintiffs Cohen & Steers Institutional Realty Shares, Inc., Cohen & Steers Realty Shares, Inc., Cohen & Steers REIT and Preferred Income Fund, Inc., Cohen & Steers Total Return Realty Fund, Inc., Daiwa C&S US REIT Open Mother Fund, and Daiwa US REIT Mother Fund (f/k/a Daiwa C&S Beikoku REIT FUND (Maitsuki Bunpai Gata)) (collectively, "Plaintiffs") filed a Complaint and Jury Demand purporting to assert claims arising under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder, and under New York common law ("Complaint");

WHEREAS, counsel for Defendants American Realty Capital Properties, Inc., n/k/a VEREIT, Inc., Nicholas S. Schorsch, David S. Kay, Brian S. Block, and Lisa P. McAlister

(collectively, "Defendants") have agreed to accept service of the Summonses and the Complaint on behalf of their respective clients;

WHEREAS, the parties have agreed that discovery should be coordinated with the class action pending before this Court, captioned *In re American Realty Capital Properties, Inc. Litigation*, No. 15-mc-00040 (the "Class Action"), and related actions (collectively with the Class Action, the "Related Actions"), on the condition that Defendants do not move to dismiss the Complaint in its entirety;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiffs and Defendants as follows:

1. The undersigned counsel for Defendants are authorized to accept, and hereby do accept, service of the Summonses and the Complaint in the above-captioned action on behalf of their respective clients, without prejudice and without waiver of any defenses, objections, or arguments in this matter or any other matter, except as to sufficiency of service of process.

2. Defendants shall answer or move to partially dismiss the Complaint by no later than November 5, 2018.

3. Notwithstanding whether Defendants file a motion to partially dismiss the Complaint, discovery in this action shall commence immediately.

4. Discovery shall be coordinated with the Related Actions.

5. Initial disclosures shall be exchanged no later than October 24, 2018.

6. Document production shall be substantially completed by December 14, 2018, and completed entirely by December 31, 2018.

7. Fact discovery shall conclude no later than February 28, 2019.

8. This stipulation may be signed in counterparts and by email via pdf.

Stipulated and agreed to by:

DATED: New York, New York
October 12, 2018

| **LOWENSTEIN SANDLER LLP** | **MILBANK, TWEED, HADLEY & McCLOY LLP** |
|---|---|
| By: /s/ Michael J. Hampson<br>  Lawrence M. Rolnick<br>  Marc B. Kramer<br>  Michael J. Hampson<br>  1251 Avenue of the Americas<br>  New York, NY 1002<br>  Telephone: 212-262-6700<br><br>*Attorneys for Plaintiffs* | By: /s/ Scott A. Edelman<br>  Scott A. Edelman<br>  Antonia M. Apps<br>  Jed M. Schwartz<br>  Jonathan Ohring<br>  28 Liberty Street<br>  New York, New York 10005<br>  Telephone: 212-530-5000<br>  Fax: 212-530-5219<br><br>*Attorneys for Defendants American Realty Capital Properties, Inc., n/k/a VEREIT, Inc.* |

**STEPTOE & JOHNSON LLP**

By: /s/ Michael C. Miller
  Michael C. Miller
  Michael G. Scavelli
  1114 Avenue of the Americas
  New York, New York 10036
  Telephone: 212-506-3955
  Fax: 212-506-3950

*Attorneys for Defendant Brian S. Block*

KIRKLAND & ELLIS LLP

By: /s/ James P. Gillespie
    James P. Gillespie
    Beth Mueller
    655 Fifteenth Street, N.W.
    Washington, D.C. 20005-5793
    Telephone: 202-879-5000
    Fax: 202-879-5200

*Attorneys for Defendant David S. Kay*


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Audra Soloway
    Theodore V. Wells Jr.
    Daniel J. Kramer
    Lorin L. Reisner
    Audra Soloway
    Justin D. Lerer
    Joshua D. Kaye
    1285 Avenue of the Americas
    New York, NY 10019-6064
    Telephone: 212-373-3000
    Fax: 212-757-3990

*Attorneys for Defendant Nicholas S. Schorsch*


ZUCKERMAN SPAEDER LLP

By: /s/ Adam L. Fotiades
    Adam L. Fotiades
    1800 M Street, NW
    Suite 1000
    Washington, DC 20036-5807
    Telephone: 202-778-1800
    Fax: 202-822-8106

*Attorneys for Defendant Lisa P. McAlister*